# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155139

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 155139
                                       COA: 333761
DON MURPHY,                                Oakland CC: 2012-240730-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 21, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2018 _____



a0117

                                       Clerk